DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California   95814
Telephone (916) 498-5700

Attorney for Defendant
PATRICK PATTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    MAG 09-262-GGH
            Plaintiff,           )
                                 )    **STIPULATION AND ORDER**
      v.                         )
                                 )    DATE: October 28, 2009
PATRICK PATTON                   )    TIME: 9:00 a.m.
                                 )    JUDGE: Hon. Gregory G. Hollows
            Defendant.           )
                                 )
_____)

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, PATRICK PATTON, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for Wednesday,

\\
\\
\\
\\
\\
\\

October 28, 2009, be vacated and set for change of plea on Monday, November 2, 2009 at 9:00 a.m.

DATED: October 26, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren D. Cusick
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
PATRICK PATTON

DATED: October 26, 2009

LAWRENCE G. BROWN
United States Attorney

/s/ Robin Taylor for
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 28, 2009.    /s/ Gregory G. Hollows
                            United States Magistrate Judge
patton.cp

2